

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Andrew Hamilton, Appellant

No. 06-19-00054-CR  v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 17-F-1053-202). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect court costs of $274.00. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Andrew Hamilton, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 16, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk